UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Darnell Dunlap,

            Petitioner,    Case No. 14-cv-11537

v.                                 Judith E. Levy
                                 United States District Judge

Jeffrey Woods,

                                 Mag. Judge R. Steven Whalen

           Respondent.

_____/

**ORDER DENYING MOTION FOR A CERTIFICATE OF APPEALABILITY [34]**

In its April 21, 2016 opinion and order, the Court denied petitioner Darnell Dunlap a certificate of appealability. (Dkt. 30.) Then, on May 31, 2016, petitioner filed a motion requesting a certificate of appealability. (Dkt. 34.) "If the district court has denied the certificate [of appealability], the applicant may request a circuit judge to issue it." Fed. R. App. P. 22(b)(1). Because the Court has already denied the certificate, petitioner must request it in the United States Court of Appeals for the Sixth Circuit, where petitioner has already appealed the order. (Dkt. 32.)

Petitioner's motion for a certificate of appealability (Dkt. 34) is DENIED.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: August 26, 2016 | s/Judith E. Levy |
| Ann Arbor, Michigan | JUDITH E. LEVY |
| | United States District Judge |

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 26, 2016.

s/Kelly Winslow for<br>
FELICIA M. MOSES<br>
Case Manager